IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ALMONDNET, INC. and INTENT IQ, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Civil Action No. 6:21-cv-00896-ADA<br><br>JURY TRIAL DEMANDED |

**NOTICE OF UNOPPOSED EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to the Court's August 11, 2021 Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Defendant Facebook, Inc. ("Facebook") hereby files this notice of an unopposed extension of time to answer or otherwise respond to Plaintiffs AlmondNet, Inc.'s and Intent IQ, LLC's (collectively "AlmondNet") Complaint by forty-five (45) days to November 8, 2021. Counsel for Defendant has conferred in good faith with counsel for Plaintiffs, and Plaintiffs do not oppose.

Dated:  September 20, 2021

/s/ Heidi L. Keefe

Heidi L. Keefe (CA Bar 178960)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone:    (650) 843-5000
Email:  hkeefe@cooley.com

*Attorneys for Defendant Facebook, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 20, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Heidi L. Keefe*
Heidi L. Keefe